AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Bank of the Ozarks | ) | SA MC13-00018 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:13-CV-01810-SCJ |
| Ishtiaq A. Khan and Rahim Sabadia | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* June 12, 2013.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 7.16.13

CLERK OF COURT  JAMES N. HATTEN

*Francis K. Pickney*
Signature of Clerk or Deputy Clerk

PAID $46

FILED 2013 JUL 19 PM 1:30

CERTIFICATION
CM/ECF DOCUMENT

I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia 6/12/2013

By: [signature], Deputy Clerk

JUL 01 2013

Clerk of Court
James N. Hatten

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BANK OF THE OZARKS, | ) |
| Plaintiff, | ) Civil Action |
| | ) File No. 1:13-cv-01810-SCJ |
| v. | ) |
| ISHTIAQ A. KHAN and RAHIM SABADIA, | ) |
| Defendants. | ) |

## CONSENT FINAL JUDGMENT

This case is before the Court pursuant to the Complaint filed by Plaintiff, Bank of the Ozarks (the "Bank"), on May 30, 2013 (the "Complaint"), against Defendants Ishtiaq A. Khan ("Khan") and Rahim Sabadia ("Sabadia") (collectively, "Defendants"). [ECF No. 1.]

The Bank and Defendants having reached a settlement of the Bank's claims against Defendants, and there being no Answer filed by either Defendant or counterclaims pending by Defendants against the Bank, the Bank and Defendants hereby consent, as shown by the signatures of their counsel below, and the Court finds as follows:

1. This Court has jurisdiction over this matter;

2. This Court has jurisdiction over Defendants;

3. Venue is proper in this Court;

4. Defendant Khan consents that he is liable to Plaintiff under the Khan Guaranty (as defined in the Complaint) in the liquidated principal amount of $5,591,388.00 as of April 1, 2013, plus accrued and unpaid interest of $1,113,540.44 as of April 1, 2013, property taxes for 2008, 2009, 2010, 2011, and 2012 in the total amount of $532,546.83, late fees of $4,999.90, plus actual attorneys' fees in the amount of $61,597.15, with default interest continuing to accrue at the rate of $737.75 per diem from April 2, 2013, until the date of judgment; and

5. Defendant Sabadia consents that he is liable to Plaintiff under the Sabadia Guaranty (as defined in the Complaint) in the liquidated principal amount of $5,591,388.00 as of April 1, 2013, plus accrued and unpaid interest of $1,113,540.44 as of April 1, 2013, property taxes for 2008, 2009, 2010, 2011, and 2012 in the total amount of $532,546.83, late fees of $4,999.90, plus actual attorneys' fees in the amount of $61,597.15, with default interest continuing to accrue at the rate of $737.75 per diem from April 2, 2013, until the date of judgment.

Based on these findings, it is hereby

**ORDERED** that

(1)     Defendant Khan is liable to the Bank for damages under the Khan Guaranty in the liquidated principal amount of $5,591,388.00 as of April 1, 2013, plus accrued and unpaid interest of $1,113,540.44 as of April 1, 2013, plus continued interest from April 2, 2013 through the date of judgment in the amount of $ 53,118.00 , plus property taxes for 2008, 2009, 2010, 2011, and 2012 in the total amount of $532,546.83, late fees of $4,999.90, plus actual attorneys' fees in the amount of $61,597.15, with post-judgment interest to run in accordance with federal law; and

(2)     Defendant Sabadia is liable to the Bank for damages under the Sabadia Guaranty in the liquidated principal amount of $5,591,388.00 as of April 1, 2013, plus accrued and unpaid interest of $1,113,540.44 as of April 1, 2013, plus continued interest from April 2, 2013 through the date of judgment in the amount of $ 53,118.00 , plus property taxes for 2008, 2009, 2010, 2011, and 2012 in the total amount of $532,546.83, late fees of $4,999.90, plus actual attorneys' fees in the amount of $61,597.15, with post-judgment interest to run in accordance with federal law.

(3)     The liability of Defendants Khan and Sabadia reflected in paragraph (1)-(2) immediately above is a joint and several obligation of defendants Khan and Sabadia and Plaintiff may have but one recovery for the amounts due.

IT IS SO ORDERED this the 12th day of June, 2013.

*Steve C. Jones*
Steve C. Jones
United States District Court Judge

Consented to and prepared by:

/s/ John J. Richard
John J. Richard
Georgia Bar No. 603989
jrichard@taylorenglish.com
Donald P. Boyle Jr.
Georgia Bar No. 073519
dboyle@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376

Counsel for Plaintiff,
Bank of the Ozarks

/s/ E.A. "Seth" Mills, Jr.
E. A. "Seth" Mills, Jr.
Georgia Bar No. 97800
smills@mpdlegal.com
100 North Tampa St., Suite 3700
Tampa, FL 33602
Telephone: 813-229-3500
Facsimile: 813-229-3502

Counsel for Defendants Ishtiaq A. Khan and Rahim Sabadia